UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| GUY ALLEN MILLNER, JR., | ) |  |
|---|---|---|
|  | ) |  |
| Petitioner(s), | ) |  |
|  | ) |  |
| v. | ) | No. 4:16CV01003 ERW |
|  | ) |  |
| UNITED STATES, | ) |  |
|  | ) |  |
|  | ) |  |
| Respondent. | ) |  |

## **MEMORANDUM AND ORDER**

This matter comes before the Court on Government's Motion to Dismiss Movant's § 2255 Motion as Moot [ECF No. 8].

Petitioner Gary Allen Millner, Jr. ("Petitioner") filed a motion pursuant to 28 U.S.C. § 2255 to vacate his sentence based on the Supreme Court's ruling in *Johnson v. United States*, 135 S. Ct. 2251 (2015). The Government moves to dismiss Petitioner's motion as moot because Petitioner was released from prison to a Residential Reentry Center.

Petitioner has not been released from custody. While in a Residential Reentry Center, Petitioner still is under the custody of the Bureau of Prisons. Therefore, his petition is not moot and there remains a live controversy.

1

Accordingly,

**IT IS HEREBY ORDERED** that the Government's Motion to Dismiss Movant's § 2255 Motion as Moot [ECF No. 8] is **DENIED**.

**IT IS FURTHER ORDERED** that the stay in this matter be lifted.

**IT IS FURTHER ORDERED** that the Government shall file a response to Petitioner's Motion to Vacate and Supplemental Memorandums within fourteen days of this order.

Dated this 2nd Day of May, 2017.

*E. Richard Webber*

_____
E. RICHARD WEBBER
SENIOR UNITED STATES DISTRICT JUDGE